IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:02CR433
                              )
      v.                      )
                              )
TERRELL REED,                 )         ORDER
                              )
            Defendant.        )
_____)
```

IT IS ORDERED that plaintiff's motion pursuant to Rule 35(b) (Filing No. 80) is scheduled for hearing on:

**Thursday, August 18, 2005, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 8th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court