IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR433 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL REED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On August 18, 2005, defendant appeared through counsel on a motion for reduction of sentence (Filing No. 80), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of fifty-six (56) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated June 26, 2003, which was signed and filed on June 30, 2003 (Filing No. 60).

3) All other terms and conditions of the Judgment and Committal Order dated June 26, 2003, remain in full force and effect.

4) That the transcript of the Rule 35 hearing of August 18, 2005, be sealed.

DATED this 22nd day of August, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom

                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court